# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

July 25, 2008

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE: SULLIVAN, Barry Lynn
Docket # 3:04CR30008-001
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the Court's guidance in the matter of supervision in this case. On May 19, 2005, Barry Sullivan was sentenced by Your Honor, for one count of Mail Fraud. Sullivan was sentenced to 6 months of imprisonment, a three-year term of supervised release, pay $14,021.76 in restitution, pay a $2,000 fine, and pay a $100 special assessment.

At this time Sullivan has paid $4,275, and he has an outstanding balance of $11,846.76 in restitution and fines. Sullivan has made regular monthly payments of $150. Sullivan's supervision is set to expire on December 4, 2008. Contact was made with the U.S. Attorney's Office regarding Sullivan. The U.S. Attorney's Office advised that they will continue to pursue collection of this financial obligation for up to 20 years after the expiration of the defendant's term of supervision.

On August 1, 2007, Officer Reely notified the Court that Sullivan was arrested for Driving While Intoxicated 2nd (DWI) on May 13, 2007. On July 3, 2008, Sullivan entered a plea of no contest to the DWI 2nd charge in the Circuit Court of Baxter County and was sentenced to 180 days in the Baxter County Jail, with all but seven days suspended. The seven days may be served as community service in lieu of jail. Sullivan was further ordered to pay fines and court costs totaling $1,050, and attend an alcohol education program. Sullivan provided a copy of a certificate from the Arkansas Department of Health and Human Services for completing a drug and alcohol safety educational program on April 5, 2008.

Page 2 - Violation Report
      Sullivan, Barry Lynn
      Docket # 3:04CR30008-001

Other than the DWI 2nd conviction and not completing his financial penalties prior to his term of supervision expiring, Sullivan has complied with his conditions of supervision. Accordingly, it is respectfully recommended that Barry Sullivan's case be allowed to expire as scheduled without Court intervention and with the U.S. Attorney's Office to continue collection of the remaining financial penalties.

I will continue to monitor Mr. Sullivan's case at Your Honor's direction. Should Your Honor require further information, please advise.

Respectfully submitted,

*Trent M. Thompson*
Trent M. Thompson
U.S. Probation Officer


Reviewed by:

William E. Dunn Jr.
Supervising U. S. Probation Officer


U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 2 8 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

✔ Allow Supervision Term to Expire

___ Submit Petition for Violation Hearing

___ Other _____
_____
_____
_____

_____  7/28/08
Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge